# EXHIBIT 1

Phone Call to 269-532-5526

| Call Number | Date | Contact | Location | Type | Minutes | iPhone Screen Caputre |
|---|---|---|---|---|---|---|
| 1 | 3/21/2024 10:55 | 269.520.7646 | INCOMING | DT | 2 | Image |
| 2 | 3/21/2024 10:57 | 269.520.7646 | INCOMING | DT | 2 | Image |
| 3 | 3/21/2024 10:59 | 269.253.3398 | INCOMING | DT | 1 | Image |
| 4 | 3/21/2024 11:02 | 269.253.3414 | INCOMING | DT | 1 | Image |
| 5 | 3/21/2024 11:05 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 6 | 3/21/2024 11:07 | 269.253.3413 | INCOMING | DT | 1 | Image |
| 7 | 3/21/2024 11:11 | 269-230-4620 | INCOMING | DT | 1 | Image |
| 8 | 3/21/2024 11:12 | 269-386-9858 | INCOMING | DT | 1 | Image |
| 9 | 3/21/2024 11:14 | 269.253.3396 | INCOMING | DT | 1 | Image |
| 10 | 3/21/2024 11:16 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 11 | 3/21/2024 11:24 | 269.386.9858 | INCOMING | DT | 1 | Image |
| 12 | 3/21/2024 11:25 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 13 | 3/21/2024 11:25 | 269.253.3397 | INCOMING | DT | 1 | Image |
| 14 | 3/21/2024 11:28 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 15 | 3/21/2024 11:37 | 269.253.3402 | INCOMING | DT | 1 | Image |
| 16 | 3/21/2024 11:41 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 17 | 3/21/2024 11:48 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 18 | 3/21/2024 11:50 | 269.228.9650 | INCOMING | DT | 1 | Image |
| 19 | 3/21/2024 11:53 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 20 | 3/21/2024 12:03 | 269.253.3413 | INCOMING | DT | 1 | Image |
| 21 | 3/21/2024 12:09 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 22 | 3/21/2024 12:21 | 269.228.9646 | INCOMING | DT | 1 | Image |
| 23 | 3/21/2024 12:22 | 269.230.4620 | INCOMING | DT | 1 | Image |
| 24 | 3/21/2024 12:37 | 269.228.9650 | INCOMING | DT | 1 | Image |
| 25 | 3/21/2024 12:46 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 26 | 3/21/2024 12:53 | 269.253.3413 | INCOMING | DT | 1 | Image |
| 27 | 3/21/2024 12:54 | 269.386.9858 | INCOMING | DT | 1 | Image |
| 28 | 3/21/2024 12:54 | 269.230.4620 | INCOMING | DT | 1 | Image |

Phone Call to 269-532-5526

| 29 | 3/21/2024 13:11 | 269.253.3407 | INCOMING  | DT | 1 | Image |
|----|-----------------|--------------|-----------|----|---|-------|
| 30 | 3/21/2024 13:25 | 269.230.4620 | INCOMING  | DT | 1 | Image |
| 31 | 3/21/2024 13:29 | 269.253.3401 | INCOMING  | DT | 1 | Image |
| 32 | 3/21/2024 13:49 | 269.228.9646 | INCOMING  | DT | 1 | Image |
| 33 | 3/21/2024 13:53 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 34 | 3/21/2024 13:53 | 269.210.7708 | CALL WAIT | CW | 1 | Image |
| 35 | 3/21/2024 13:57 | 269.230.4620 | INCOMING  | DT | 1 | Image |
| 36 | 3/21/2024 14:11 | 269.253.3396 | INCOMING  | DT | 1 | Image |
| 37 | 3/21/2024 14:38 | 269.253.3401 | INCOMING  | DT | 1 | Image |
| 38 | 3/21/2024 14:38 | 269.230.4620 | INCOMING  | DT | 1 | Image |
| 39 | 3/21/2024 14:51 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 40 | 3/21/2024 14:57 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 41 | 3/21/2024 14:59 | 269.228.9649 | INCOMING  | DT | 1 | Image |
| 42 | 3/21/2024 15:12 | 269-230-4620 | INCOMING  | DT | 1 | Image |
| 43 | 3/21/2024 15:20 | 269.253.3406 | INCOMING  | DT | 1 | Image |
| 44 | 3/21/2024 15:41 | 269.228.9648 | INCOMING  | DT | 1 | Image |
| 45 | 3/21/2024 15:47 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 46 | 3/21/2024 15:57 | 269.242.2964 | INCOMING  | DT | 1 | Image |
| 47 | 3/21/2024 16:02 | 269.230.4620 | INCOMING  | DT | 1 | Image |
| 48 | 3/21/2024 16:09 | 269.242.2890 | INCOMING  | DT | 1 | Image |
| 49 | 3/21/2024 16:11 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 50 | 3/21/2024 16:15 | 269.253.3402 | INCOMING  | DT | 1 | Image |
| 51 | 3/21/2024 16:21 | 269.242.2877 | INCOMING  | DT | 1 | Image |
| 52 | 3/21/2024 16:33 | 269.242.2878 | INCOMING  | DT | 1 | Image |
| 53 | 3/21/2024 16:44 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 54 | 3/21/2024 16:51 | 269.253.3397 | INCOMING  | DT | 1 | Image |
| 55 | 3/21/2024 17:11 | 269.242.2896 | INCOMING  | DT | 1 | Image |
| 56 | 3/21/2024 17:19 | 269.242.2871 | INCOMING  | DT | 1 | Image |
| 57 | 3/21/2024 17:22 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 58 | 3/21/2024 17:23 | 269.242.2884 | INCOMING  | DT | 1 | Image |

Phone Call to 269-532-5526

| 59 | 3/21/2024 17:27 | 269.253.3413 | INCOMING | DT | 1 | Image |
| 60 | 3/21/2024 17:35 | 269.242.2871 | INCOMING | DT | 1 | Image |
| 61 | 3/21/2024 17:39 | 269.242.2870 | INCOMING | DT | 1 | Image |
| 62 | 3/21/2024 17:46 | 269.242.2962 | INCOMING | DT | 1 | Image |
| 63 | 3/21/2024 17:48 | 269.386.9858 | INCOMING | DT | 1 | Image |
| 64 | 3/21/2024 17:56 | 269.242.2871 | INCOMING | DT | 1 | On Pen Register |
| 65 | 3/21/2024 17:57 | 269.201.8394 | INCOMING | DT | 11 | Image |
| 66 | 3/21/2024 18:02 | 269.242.2962 | INCOMING | DT | 1 | Image |
| 67 | 3/21/2024 18:11 | 269.201.8395 | INCOMING | DT | 1 | Image |
| 68 | 3/21/2024 18:24 | 269.242.2897 | INCOMING | DT | 1 | Image |
| 69 | 3/21/2024 18:32 | 269.242.2886 | INCOMING | DT | 1 | Image |
| 70 | 3/21/2024 18:32 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 71 | 3/21/2024 18:53 | 269.201.8437 | INCOMING | DT | 1 | Image |
| 72 | 3/22/2024 9:01 | 269.201.8437 | INCOMING | DT | 1 | Image |
| 73 | 3/22/2024 9:02 | 269.242.2890 | INCOMING | DT | 1 | Image |
| 74 | 3/22/2024 9:12 | 269.201.8437 | INCOMING | DT | 1 | Image |
| 75 | 3/22/2024 9:21 | 269.242.2878 | INCOMING | DT | 1 | Image |
| 76 | 3/22/2024 9:22 | 269.242.2884 | INCOMING | DT | 1 | Image |
| 77 | 3/22/2024 9:30 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 78 | 3/22/2024 9:31 | 269.386.9858 | INCOMING | DT | 1 | Image |
| 79 | 3/22/2024 9:33 | 269.242.2870 | INCOMING | DT | 1 | Image |
| 80 | 3/22/2024 9:45 | 269.242.2886 | INCOMING | DT | 1 | Image |
| 81 | 3/22/2024 9:45 | 269.242.2897 | CALL WAIT | CW | 1 | Image |
| 82 | 3/22/2024 9:45 | 269.242.2897 | CALL WAIT | CW | 1 | Image |
| 83 | 3/22/2024 9:57 | 269.242.2959 | INCOMING | DT | 1 | Image |
| 84 | 3/22/2024 10:08 | 269.242.2897 | INCOMING | DT | 1 | Image |
| 85 | 3/22/2024 10:16 | 269.242.2871 | CALL WAIT | CW | 1 | Image |
| 86 | 3/22/2024 10:16 | 269.242.2877 | INCOMING | DT | 1 | Image |
| 87 | 3/22/2024 10:19 | 269.233.0615 | INCOMING | DT | 1 | Image |
| 88 | 3/22/2024 10:32 | 269.386.9858 | INCOMING | DT | 1 | Image |

Phone Call to 269-532-5526

| | | | | | | |
|---|---|---|---|---|---|---|
| 89  | 3/22/2024 10:39 | 269.253.3413 | INCOMING  | DT | 1 | Image |
| 90  | 3/22/2024 10:41 | 269.201.8402 | INCOMING  | DT | 1 | Image |
| 91  | 3/22/2024 10:47 | 269.242.2943 | INCOMING  | DT | 1 | Image |
| 92  | 3/22/2024 10:47 | 269.201.8437 | CALL WAIT | CW | 1 | Image |
| 93  | 3/22/2024 10:51 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 94  | 3/22/2024 11:02 | 269.242.2959 | INCOMING  | DT | 1 | Image |
| 95  | 3/22/2024 11:19 | 269.201.8395 | INCOMING  | DT | 1 | Image |
| 96  | 3/22/2024 11:23 | 269.242.2878 | INCOMING  | DT | 1 | Image |
| 97  | 3/22/2024 11:28 | 269.228.9661 | CALL WAIT | CW | 1 | Image |
| 98  | 3/22/2024 11:28 | 269.228.9661 | INCOMING  | DT | 1 | Image |
| 99  | 3/22/2024 11:33 | 269.386.9858 | CALL WAIT | CW | 1 | Image |
| 100 | 3/22/2024 11:33 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 101 | 3/22/2024 11:45 | 269.242.2962 | INCOMING  | DT | 1 | Image |
| 102 | 3/22/2024 11:48 | 269.242.2886 | INCOMING  | DT | 1 | Image |
| 103 | 3/22/2024 11:50 | 269.201.8402 | INCOMING  | DT | 1 | Image |
| 104 | 3/22/2024 12:00 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 105 | 3/22/2024 12:07 | 269.242.2963 | INCOMING  | DT | 1 | Image |
| 106 | 3/22/2024 12:14 | 269.253.3414 | INCOMING  | DT | 1 | Image |
| 107 | 3/22/2024 12:17 | 269.242.2943 | CALL WAIT | CW | 1 | Image |
| 108 | 3/22/2024 12:34 | 269.386.9858 | CALL WAIT | CW | 1 | Image |
| 109 | 3/22/2024 12:34 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 110 | 3/22/2024 12:39 | 269.242.2877 | INCOMING  | DT | 1 | Image |
| 111 | 3/22/2024 12:50 | 269.242.2890 | INCOMING  | DT | 1 | Image |
| 112 | 3/22/2024 12:50 | 269.242.2890 | CALL WAIT | CW | 1 | Image |
| 113 | 3/22/2024 13:10 | 269.242.2963 | INCOMING  | DT | 1 | Image |
| 114 | 3/22/2024 13:12 | 269.253.3397 | INCOMING  | DT | 1 | Image |
| 115 | 3/22/2024 13:24 | 269.210.7708 | INCOMING  | DT | 1 | Image |
| 116 | 3/22/2024 13:36 | 269.386.9858 | INCOMING  | DT | 1 | Image |
| 117 | 3/22/2024 13:42 | 269.242.2966 | INCOMING  | DT | 1 | Image |
| 118 | 3/22/2024 13:51 | 269.242.2965 | INCOMING  | DT | 1 | Image |

Phone Call to 269-532-5526

| 119 | 3/22/2024 14:12 | 269.242.2964 | INCOMING | DT | 1 | Image |
|---|---|---|---|---|---|---|
| 120 | 3/22/2024 14:16 | 269.253.3413 | INCOMING | DT | 1 | Image |
| 121 | 3/22/2024 14:39 | 269.210.7708 | INCOMING | DT | 1 | Image |
| 122 | 3/22/2024 14:44 | 269.242.2897 | INCOMING | DT | 1 | Image |
| 123 | 3/22/2024 14:57 | 269.242.2963 | INCOMING | DT | 1 | Image |
| 124 | 3/22/2024 15:33 | 269.253.3402 | INCOMING | DT | 1 | Image |
| 125 | 3/22/2024 15:46 | 269.242.2877 | INCOMING | DT | 1 | Image |
| 126 | 3/22/2024 15:58 | 269.233.0615 | INCOMING | DT | 1 | Image |
| 127 | 3/22/2024 16:54 | 269.242.2886 | INCOMING | DT | 1 | Image |
| 128 | 3/22/2024 16:59 | 269.242.2962 | INCOMING | DT | 1 | Image |
| 129 | 3/22/2024 17:15 | 269.242.2886 | INCOMING | DT | 1 | Image |
| 130 | 3/22/2024 17:31 | 269.228.9646 | INCOMING | DT | 1 | Image |
| 131 | 3/22/2024 18:19 | 269.242.2943 | INCOMING | DT | 1 | Image |
| 132 | 3/22/2024 18:40 | 269.242.2886 | INCOMING | DT | 1 | Image |
| 133 | 3/23/2024 11:37 | 269.242.2943 | INCOMING | NW | 44 | Image |