# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Loren J. Owens

v.

Adroit Health Group, LLC DBA Strata Health Group,
American Business Association,
Tyler Long, Wesley Cunha, John Doe (1-133)

Case No. 1:24-cv-00547
Hon.

TO: Adroit Health Group, LLC DBA Strata Health Group,
ADDRESS: CO  CSC-LAWYERS INCORPORATING SERVICE
3410 BELLE CHASE WAY, STE 600
Lansing, MI 48911

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
 P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation, PLLC
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917

CLERK OF COURT

By: Deputy Clerk          May 24, 2024
                          Date

---

## PROOF OF SERVICE

This summons for __Adroit Health Group, LLC DBA Strata Health Group,__ was received by me on _____.
                  (name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                              Server's signature

Additional information regarding attempted service, etc.:     _____
                                                                  Server's printed name and title

                                                              _____
                                                                  Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Loren J. Owens

v.

Adroit Health Group, LLC DBA Strata Health Group,
American Business Association,
Tyler Long, Wesley Cunha, John Doe (1-133)

Case No. 1:24-cv-00547
Hon.

TO: AMERICAN BUSINESS ASSOCIATION
ADDRESS:
CO C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO ,IL 60604-1101

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation, PLLC
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917

CLERK OF COURT

By: Deputy Clerk                                     May 24, 2024
                                                     Date

## PROOF OF SERVICE

This summons for __AMERICAN BUSINESS ASSOCIATION__ was received by me on _____.
(name of individual and title, if any)                                       (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    Server's printed name and title

                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Loren J. Owens

v.

Adroit Health Group, LLC DBA Strata Health Group,
American Business Association,
Tyler Long, Wesley Cunha, John Doe (1-133)

Case No. 1:24-cv-00547
Hon.

TO: Wesley Cunha
ADDRESS: 1217 S Dixie Highway West, Apt. 208,
Pompano Beach, FL 33060

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation, PLLC
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917

CLERK OF COURT

By: Deputy Clerk          Date: May 24, 2024

## PROOF OF SERVICE

This summons for __Wesley Cunha__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Loren J. Owens

v.

Adroit Health Group, LLC DBA Strata Health Group,
American Business Association,
Tyler Long,  Wesley Cunha, John Doe (1-133)

Case No. 1:24-cv-00547
Hon.

TO: Tyler Long
ADDRESS: 1217 S Dixie Highway West, Apt. 208,
Pompano Beach, FL 33060

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation, PLLC
5208 W. Saginaw Hwy, 81142
Lansing, MI 48917

CLERK OF COURT

By: Deputy Clerk    Date: May 24, 2024

## PROOF OF SERVICE

This summons for __Tyler Long__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address