UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

            Plaintiff,                           Case No. 1:24–cv–00547–JMB–PJG

      v.                                         Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

            Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on May 24, 2024 .   The case has been assigned to Jane M. Beckering .


                                    CLERK OF COURT

Dated:  May 29, 2024          By:    _/s/ E. Doerr_____
                                     Deputy Clerk