UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

        Plaintiff,                        Case No. 1:24–cv–00547–JMB–PJG

v.                                     Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

        Defendants.
_____/

## ORDER

      Pending before the Court is Defendant Adroit Health Group, LLC's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint (ECF No. 10). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint (ECF No. 10) is GRANTED; the time for Defendant Adroit Health Group, LLC to file its responsive pleading to Plaintiff's Complaint is extended until August 13, 2024.

      IT IS SO ORDERED.

Dated:  July 30, 2024                               /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                          United States District Judge