UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

       Plaintiff,                            Case No. 1:24–cv–00547–JMB–PJG

  vs.                                       Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

       Defendants.
_____/

### ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendant Adroit Health Group, LLC has not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendant Adroit Health Group, LLC shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated:  July 30, 2024                    ___/s/ Jane M. Beckering_____
                                                   JANE M. BECKERING
                                                   United States District Judge