# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LOREN OWENS,

    Plaintiff,

v

ADROIT HEALTH GROUP, LLC d/b/a
STRATA HEALTH GROUP & ADROIT
INSURANCE SOLUTIONS LLC,
AMERICAN BUISNESS ASSOCIATION,
TYLER LONG, AND WESLEY CUNHA,
DOES 1-133,

    Defendants.

Case No. 1:24-cv-00547

Hon. Jane M. Beckering

---

Joshua S. Goodrich (P83197)
LIGHTHOUSE LITIGATION PLLC
5208 W. Saginaw Hwy 81142
Lansing, Michigan 48908
269.312.7435
jsgoodrich@lighthouse-litigation.com
*Attorneys for Plaintiff*

Janet Ramsey (P63285)
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave., NW, Ste. 1500
Grand Rapids, Michigan 49503
616.752.2736
jramsey@wnj.com

Jeffrey B. Pertnoy (PHV)
AKERMAN
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
305.982.5524
Jeffrey.pertnoy@akerman.com

Thomas B. Fullerton
Akerman LLP
71 S. Wacker Dr., Ste. 4600
Chicago, IL 60606
312.634.5726
Thomas.Fullerton@akerman.com

*Attorneys for Defendants Tyler Long
and Wesley Cunha*

**DEFENDANTS TYLER LONG AND WESLEY CUNHA'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**ORAL ARGUMENT REQUESTED**

For the reasons explained more fully in the accompanying brief in support, Defendants Tyler Long ("Long") and Wesley Cunha ("Cunha") respectfully move to dismiss the claim against them pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff Loren Owens has failed to state a claim against Long and Cunha upon which relief can be granted.

| | |
|---|---|
| Dated: 08.06.2024 | /s/ Janet Ramsey<br>Janet Ramsey (P63285)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2736<br>jramsey@wnj.com<br><br>Jeffrey B. Pertnoy (PHV)<br>AKERMAN<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, Florida 33131<br>305.982.5524<br>Jeffrey.pertnoy@akerman.com<br><br>Thomas B. Fullerton<br>Akerman LLP<br>71 S. Wacker Dr., Ste. 4600<br>Chicago, IL 60606<br>312.634.5726<br>Thomas.Fullerton@akerman.com<br><br>*Attorneys for Defendants Tyler Long and Wesley Cunha* |

216738.216738 #30888175