UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LOREN OWENS,

    Plaintiff,

v

ADROIT HEALTH GROUP, LLC d/b/a
STRATA HEALTH GROUP & ADROIT
INSURANCE SOLUTIONS LLC,
AMERICAN BUSINESS ASSOCIATION,
TYLER LONG, AND WESLEY CUNHA,
DOES 1-133,

    Defendants.

Case No. 1:24-cv-00547

Hon. Jane M. Beckering

---

Joshua S. Goodrich (P83197)
LIGHTHOUSE LITIGATION PLLC
5208 W. Saginaw Hwy 81142
Lansing, Michigan 48908
269.312.7435
jsgoodrich@lighthouse-litigation.com
*Attorneys for Plaintiff*

Janet Ramsey (P63285)
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave., NW, Ste. 1500
Grand Rapids, Michigan 49503
616.752.2736
jramsey@wnj.com

Jeffrey B. Pertnoy (PHV)
AKERMAN
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
305.982.5524
Jeffrey.pertnoy@akerman.com

Thomas B. Fullerton
Akerman LLP
71 S. Wacker Dr., Ste. 4600
Chicago, IL 60606
312.634.5726
Thomas.Fullerton@akerman.com

*Attorneys for Defendants Tyler Long and Wesley Cunha*

**DEFENDANTS TYLER LONG AND WESLEY CUNHA'S
CERTIFICATE OF CONCURRENCE WITH L.CIV.R. 7(d)(1) CONCERNING
DEFENDANTS LONG AND CUNHA'S MOTION TO DISMISS**

The parties conducted a thorough meet and confer discussion before Defendants Tyler Long ("Long") and Wesley Cunha ("Cunha") filed this Motion to Dismiss.  Defendants Long and Cunha sent detailed correspondence to Plaintiff's counsel on July 16, 2024, regarding the issues raised in the motion, and Plaintiff's counsel provided a detailed writing in response on July 21, 2024.  Then, on July 24, 2024, counsel for Plaintiff (Mr. Goodrich) and Defendants Long and Cunha (Mr. Pertnoy and Ms. Ramsey) further met and conferred regarding the issues raised in a telephone conference approximately 30 minutes in length.  Therefore, both sides have thoroughly discussed the issues raised in the Motion to Dismiss and have acknowledged they are at an impasse.

Dated:  08.06.2024

/s/ Janet Ramsey
Janet Ramsey (P63285)
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave., NW, Ste. 1500
Grand Rapids, Michigan 49503
616.752.2736
jramsey@wnj.com

Jeffrey B. Pertnoy (PHV)
AKERMAN
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
305.982.5524
Jeffrey.pertnoy@akerman.com

Thomas B. Fullerton
Akerman LLP
71 S. Wacker Dr., Ste. 4600
Chicago, IL 60606
312.634.5726
Thomas.Fullerton@akerman.com

*Attorneys for Defendants, Tyler Long and Wesley Cunha*

216738.216738 #30910898

3