UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LOREN OWENS,

    Plaintiff,

v

ADROIT HEALTH GROUP, LLC d/b/a STRATA HEALTH GROUP & ADROIT INSURANCE SOLUTIONS LLC, AMERICAN BUISNESS ASSOCIATION, TYLER LONG, AND WESLEY CUNHA, DOES 1-133,

    Defendants.

Case No. 1:24-cv-00547

Hon. Jane M. Beckering

---

| | |
|---|---|
| Joshua S. Goodrich (P83197)<br>LIGHTHOUSE LITIGATION PLLC<br>5208 W. Saginaw Hwy 81142<br>Lansing, Michigan 48908<br>269.312.7435<br>jsgoodrich@lighthouse-litigation.com<br>*Attorneys for Plaintiff* | Janet L. Ramsey (P63285)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2736<br>jramsey@wnj.com<br><br>Jeffrey B. Pertnoy (*Admission Pending*)<br>AKERMAN<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, Florida 33131<br>305.982.5524<br>Jeffrey.pertnoy@akerman.com<br><br>Thomas B. Fullerton<br>Akerman LLP<br>71 S. Wacker Dr., Ste. 4600<br>Chicago, IL 60606<br>312.634.5726<br>Thomas.Fullerton@akerman.com<br><br>*Attorneys for Defendants Tyler Long and Wesley Cunha* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that Defendants' Brief in Support of Motion to Dismiss complies with the type-volume limitation pursuant to W.D. Mich. LCivR 7.2(b)(i).  The brief contains 9,320 words of Times New Roman 12-point proportional type.  The word processing software used to prepare this brief was Microsoft Word 2010.

| | |
|---|---|
| Dated:  08.06.2024 | /s/ Janet Ramsey<br>Janet Ramsey (P63285)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2736<br>jramsey@wnj.com<br><br>Jeffrey B. Pertnoy (PHV*)*<br>AKERMAN<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, Florida 33131<br>305.982.5524<br>Jeffrey.pertnoy@akerman.com<br><br>Thomas B. Fullerton<br>Akerman LLP<br>71 S. Wacker Dr., Ste. 4600<br>Chicago, IL 60606<br>312.634.5726<br>Thomas.Fullerton@akerman.com<br><br>*Attorneys for Defendants Tyler Long and Wesley Cunha* |