UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

CASE NO.: 1-24-cv-00547-JMB-PJG

LOREN OWENS,

    Plaintiff,

v.

ADROIT HEALTH GROUP, LLC, *et.al.,*

    Defendant.

_____/

**DEFENDANT ADROIT HEALTH GROUP, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Adroit Health Group, LLC ("Adroit"), by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order to File Corporate Disclosure Statement [D.E. 12], discloses the following:

1.    Adroit discloses that it is a non-governmental corporate entity that does not have a parent corporation and no publicly held corporation owns 10% or more of stock in Adroit.

A supplemental disclosure statement(s) will be filed upon any change in the information provided herein

    Dated: August **6**, 2024.    Respectfully submitted,

    By: */s/ Jamey R. Campellone*
    JAMEY R. CAMPELLONE
    Fla. Bar No. 119861
    Email: jamey.campellone@gmlaw.com
    Email: gabby.mangar@gmlaw.com
    **GREENSPOON MARDER LLP**
    200 East Broward Blvd., Suite 1800
    Fort Lauderdale, Florida 33301
    Tel: (954) 527-6296/ Fax: (954) 333-4296

    *Attorneys for Defendant, Adroit Health Group, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **6th** day of August 2024, a copy of the foregoing Defendant's Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Jamey R. Campellone*
JAMEY R. CAMPELLONE