UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

    Plaintiff,

v.

ADROIT HEALTH GROUP LLC, et al.,

    Defendants.
_____/

Case No. 1:24-cv-547

HON. JANE M. BECKERING

## ORDER

Defendants Tyler Long and Wesley Cunha filed a Motion to Dismiss (ECF No. 13), arguing that Plaintiff has failed to allege sufficient facts to support one or more of the claims in the Complaint. If true, the claim or claims would be defective under the Supreme Court's plausibility standard. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). Without expressing any view as to the merits of the motion, the Court will afford Plaintiff the opportunity to cure the allegedly inadequate pleading by granting Plaintiff leave to file an amended complaint, as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. Any amended complaint must plead sufficient factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Plaintiff timely files an amended complaint, then the Court will deny the motion to dismiss as moot. If Plaintiff does not timely file an amended complaint, then Plaintiff must file a response to the motion to dismiss, and the Court will decide the motion.

Accordingly:

2

**IT IS HEREBY ORDERED** that Plaintiff must file either (a) an amended complaint within 21 days after service of the motion to dismiss, FED. R. CIV. P. P. 15(a)(1)(B); or (b) a response to the motion to dismiss within 28 days after service of the motion to dismiss, W.D. Mich. LCivR 7.2(c).


Dated:  August 9, 2024                              /s/ Jane M. Beckering
                                                    JANE M. BECKERING
                                                    United States District Judge