## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

### CASE NO.: 1-24-cv-00547-JMB-PJG

LOREN OWENS,

   Plaintiff,

v.

ADROIT HEALTH GROUP, LLC, *et.al.,*

   Defendant.

_____/

### AGREED ORDER GRANTING DEFENDANT ADROIT HEALTH GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT [D.E. 1]

  **THIS CAUSE** having come before the Court on the Unopposed Motion for Extension of Time to Respond to Plaintiff Loren Owens' Complaint filed by Defendant Adroit Health Group, LLC on August 13, 2024 (the "Motion"). The Court having reviewed the Court record, the Motion, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

  1. The Motion is **GRANTED**.

  2. Defendant Adroit Health Group, LLC Inc. shall file its response to Plaintiff's Complaint on or before <u>Tuesday, August 27, 2024</u>.

  **DONE AND ORDERED** in Chambers at Grand Rapids, Michigan on this _____ day of August, 2024.

         _____
         **THE HONORABLE JANE M. BECKERING**
         United States District Court Judge