UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

       Plaintiff,                           Case No. 1:24–cv–00547–JMB–PJG

v.                                     Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

       Defendants.
_____/

## **ORDER**

      Pending before the Court is Defendant Adroit Health Group, LLC's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint (ECF No. 19). The Court having reviewed the filing: IT IS HEREBY ORDERED that the LLC's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint (ECF No. 19) is GRANTED; the time for Defendant Adroit Health Group, LLC to file its responsive pleading to Plaintiff's Complaint is extended until August 27, 2024.

      IT IS SO ORDERED.

Dated:  August 14, 2024                           /s/ Jane M. Beckering
                                                               JANE M. BECKERING
                                                               United States District Judge