# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LOREN OWENS,**

    Plaintiff,

v

**ADROIT HEALTH GROUP, LLC d/b/a STRATA HEALTH GROUP & ADROIT INSURANCE SOLUTIONS LLC, AMERICAN BUSINESS ASSOCIATION, TYLER LONG, AND WESLEY CUNHA, DOES 1-133**,

Case No. 1:24-CV-00547

Hon. Jane M. Beckering

| | |
|---|---|
| Joshua S. Goodrich, J.D., LL.M. (P83197)<br>LIGHTHOUSE LITIGATION PLLC<br>5208 W. Saginaw Hwy 81142<br>Lansing, Michigan 48908<br>269.312.7435<br>jsgoodrich@lighthouse-litigation.com<br><br>*Attorneys for Plaintiff* | Janet Ramsey (P63285)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2736<br>jramsey@wnj.com<br><br>*Jeffrey B. Pertnoy (PHV)*<br>AKERMAN<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, Florida 33131<br>305.982.5524<br>Jeffrey.pertnoy@akerman.com<br><br>Thomas B. Fullerton<br>Akerman LLP<br>71 S. Wacker Dr., Ste. 4600<br>Chicago, IL 60606<br>312.634.5726<br>Thomas.Fullerton@akerman.com<br><br>*Attorneys for Defendants Tyler Long and Wesley Cunha* |

Jamey R. Campellone
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.6296
Email: jamey.campellone@gmlaw.com
Email: gabby.mangar@gmlaw.com

*Attorneys for Defendant, Adroit Health Group, LLC*

**PROOF OF SERVICE**

**of**

**Summons and Complaint on American Business Association**

Pursuant to the Federal Rules of Procedure 4(h)(1)(B), regarding serving a corporation, partnership, or association in a judicial district of the United States by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process.

The summons and complaint were served on the Illinois Corporation Service Company ("ICSC") at 801 Adlai Stevens Drive, Springfield, IL 62703-4261, in Sangamon County, in the Central District of Illinois United States District Court. ICSC is the registered Agent on file with the State of Illinois for the American Business Association. (Exhibit 1). Plaintiff Mailed by the United States Postal Service ("USPS"), Certified Priority Mail Return Receipt Requested on August 3, 2024 (Exhibit 2 & 3).

The Priority Mail Tracking number 9405 8301 0935 5120 3759 32 shows it was Delivered In/At the mailbox on August 7, 2024, at 11:07 A.M. (Exhibit 4). The Certified Tracking on the

package shows it was left with an Individual on August 7, 2024, at 11:08 A.M. (Exhibit 5).  No return receipt has been received as of the date of this filing.

The tracking information is attached as proof of service on American Business Association, a named defendant.

Dated: August 14, 2024                    Respectfully submitted,
                                          By:   /s/ Joshua S. Goodrich, J.D., LL.M.
                                          Lighthouse Litigation PLLC
                                          5208 W. Saginaw Hwy., 81142
                                          Lansing, MI 48917
                                          Email: jsgoodrich@lighthouse-litigation.com
                                          269.312.7435

                                          *Attorneys for Plaintiff, Loren J. Owens*