# Exhibit 1

# State of Illinois
**DOMESTIC CORPORATION ANNUAL REPORT**
General Not for Profit Corporation Act

Year: 2024    File #: 7036-201-5

FILED Jul 24, 2024

**Alexi Giannoulias, Secretary of State**

1. **Corporation Name:** AMERICAN BUSINESS ASSOCIATION

2. **Registered Agent:** ILLINOIS CORPORATION SERVICE COMPANY
   **Registered Office:** 801 ADLAI STEVENSON DRIVE
   **City, IL, ZIP, County:** SPRINGFIELD, IL  62703-4261  SANGAMON COUNTY

3a. **Date of Incorporation/Qualification:** 09/16/2015    3b. **State of Incorporation:** IL

4. **Names and Addresses of Corporation's Officers and Directors:**

| OFFICE | NAME | NUMBER & STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Title Name & Address | PRESIDENT KIM TUTTLE 16141 SWINGLEY RIDGE RD, #110 CHESTERFIELD, MO 63 | | | | |
| Title Name & Address | SECRETARY JEFF CRIPPEN 3074 LAKEVIEW DR, METROPOLIS, IL 62960 | | | | |
| Title Name & Address | DIRECTOR KIM TUTTLE 16141 SWINGLEY RIDGE RD, #110 CHESTERFIELD, MO 63 | | | | |

5. **Brief statement of type of activity the corporation is conducting:**
   EDUCATIONAL

6. Is this Corporation a Condominium Association as established under the Condominium Property Act?  ☐ Yes ☑ No
   Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954?  ☐ Yes ☑ No
   Is this Corporation a Homeowner's Association, which administers a common-interest community as defined in subsection (c) of Section 9-102 of the code of Civil Procedure?  ☐ Yes ☑ No

7. **Address, including street and number, of Corporation's Principal Office:**
   12444 POWERSCOURT DRIVE STE 500A    SAINT LOUIS, MO  63131

8. Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the General Not for Profit Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

By  JEFF CRIPPEN
**Authorized Officer**

SECRETARY    Jul 24, 2024
**Title & Date**

**Fee Summary**

Filing Fee: $ 10.00
Penalty: $ 0.00
--------------------
**Total Fee: $ 10.00**



**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

Year: 2024
Corporation File No: 70362015
FILED   Jul 24, 2024

**Alexi Giannoulias, Secretary of State**

**1.** **Corporate Name** AMERICAN BUSINESS ASSOCIATION

**Registered Agent** ILLINOIS CORPORATION SERVICE COMPANY

**Registered Office** 801 ADLAI STEVENSON DRIVE

**City, IL, Zip Code, County** SPRINGFIELD, IL  62703-4261  SANGAMON COUNTY

| Officers | |
|---|---|
| Title<br>Name & Address | DIRECTOR<br>JEFF CRIPPEN 3074 LAKEVIEW DR, METROPOLIS, IL 62920 |
| Title<br>Name & Address | DIRECTOR<br>VP CRAIG OSTERHOLT 19989 LAUREL AVE, ROCKY RIVER, OH 44116 |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |