# Exhibit 2



## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 8301 0935 5120 3759 32**

| | |
|---|---|
| Print Date: 2024-08-03 | PRIORITY MAIL®  $8.50 |
| Ship Date: 2024-08-03 | Extra Services:  $0.00 |
| | Fees:  $0.00 |
| | Total:  $8.50 |

**From:** JOSHUA S GOODRICH JD LLM
PO BOX 81142
LANSING MI 48908-1142

**To:** ILLINOIS CORPORATION SERVICE COMPANY
AMERICAN BUSINESS ASSOCIATIONS
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703-4261

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*