# Exhibit 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $ 4.10
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ ~~——~~

Total Postage and Fees
$ 8.95

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

*Postmark: EAGLE MI 48822   AUG 2024   USPS*