# Exhibit 4

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC, …

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9405830109355120375932

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 11:07 am on August 7, 2024 in SPRINGFIELD, IL 62703.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
Delivered, In/At Mailbox
SPRINGFIELD, IL 62703
August 7, 2024, 11:07 am

● In Transit to Next Facility
August 6, 2024

● Arrived at USPS Facility
SPRINGFIELD, IL 62702
August 5, 2024, 4:19 am

● Departed USPS Regional Facility
SPRINGFIELD IL DISTRIBUTION CENTER
August 5, 2024, 3:53 am

● Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER
August 5, 2024, 2:11 am

● Arrived at USPS Regional Facility

Feedback

- SPRINGFIELD IL DISTRIBUTION CENTER
  August 5, 2024, 12:48 am

- Arrived at USPS Regional Destination Facility
  SAINT LOUIS MO DISTRIBUTION CENTER
  August 4, 2024, 6:25 pm

- Arrived at USPS Regional Origin Facility
  GRAND RAPIDS MI DISTRIBUTION CENTER
  August 3, 2024, 11:02 pm

- USPS picked up item
  GRAND LEDGE, MI 48837
  August 3, 2024, 10:53 am

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

**Track Another Package**

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs