# Exhibit 5

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC, …

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 70210350000208971311

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:08 am on August 7, 2024 in SPRINGFIELD, IL 62703.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
SPRINGFIELD, IL 62703
August 7, 2024, 11:08 am

### Out for Delivery

SPRINGFIELD, IL 62703
August 7, 2024, 6:10 am

### Arrived at Post Office

SPRINGFIELD, IL 62702
August 6, 2024, 12:12 pm

### Departed USPS Regional Facility

SAINT LOUIS MO DISTRIBUTION CENTER
August 5, 2024, 2:11 am

### Arrived at USPS Regional Destination Facility

SAINT LOUIS MO DISTRIBUTION CENTER

Feedback

8/14/24, 12:48 AM
Case 1:24-cv-00547-JMB-PJG
ECF No. 31-5,
USPS.com® - USPS Tracking® Results
PageID.170
Filed 08/14/24
Page 3 of 3

- August 4, 2024, 6:25 pm

- In Transit to Next Facility
  August 4, 2024

- Arrived at USPS Regional Origin Facility
  GRAND RAPIDS MI DISTRIBUTION CENTER
  August 3, 2024, 11:02 pm

- USPS in possession of item
  EAGLE, MI 48822
  August 3, 2024, 10:57 am

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**