UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LOREN OWENS,

    Plaintiff,

v.

ADROIT HEALTH GROUP, LLC, et al.,

    Defendants,

_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-00547-JMB-PJG

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants, Does 1-133. (ECF No. 22). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion (ECF No. 22) is **GRANTED.** Plaintiff shall have until November 22, 2024, to effect service upon Unknown Parties, Does 1-133.

**IT IS SO ORDERED**.

Date: August 23, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge