# EXHIBIT 2









Case
Owens v Adroit
Health Group et. al.

Exhibit
2

























































































































































































































































