UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

L<small>OREN</small> O<small>WENS</small>,

    Plaintiff,

v.

A<small>DROIT</small> H<small>EALTH</small> G<small>ROUP</small>, LLC, et al.,

    Defendants,

_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-00547-JMB-PJG

## ORDER

This matter is before the Court on Plaintiff's *ex parte* motion to serve third-party subpoenas.  (ECF No. 26).  The Court is not going to rule on this motion on an *ex parte* basis.  Accordingly,

**IT IS ORDERED** that the named defendants shall respond to Plaintiff's pending motion within seven days of the date of this Order.  Failure to timely respond will be deemed acquiescence to the motion.

    **IT IS SO ORDERED**.

Date: September 4, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge