UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

       Plaintiff,                           Case No. 1:24−cv−00547−JMB−PJG

v.                                     Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Expedite – #26 |
| Date/Time: | September 16, 2024   01:30 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                                      PHILLIP J. GREEN
                                                      U.S. Magistrate Judge

Dated:  September 12, 2024        By:   /s/ Jessica K. Wright_____
                                                           Judicial Assistant