UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LOREN OWENS,**

      Plaintiff,

Case No. 1:24-CV-00547

Hon. Jane M. Beckering
Magistrate Judge Phillip J. Green

v

**Adroit Health Group et al.**,

| | |
|---|---|
| Joshua S. Goodrich, J.D., LL.M. (P83197)<br>LIGHTHOUSE LITIGATION PLLC<br>5208 W. Saginaw Hwy 81142<br>Lansing, Michigan 48908<br>269.312.7435<br>jsgoodrich@lighthouse-litigation.com | Janet Ramsey (P63285)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2736<br>jramsey@wnj.com |
| *Attorneys for Plaintiff* | *Jeffrey B. Pertnoy (PHV)*<br>AKERMAN<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, Florida 33131<br>305.982.5524<br>Jeffrey.pertnoy@akerman.com |
| | Thomas B. Fullerton<br>Akerman LLP<br>71 S. Wacker Dr., Ste. 4600<br>Chicago, IL 60606<br>312.634.5726<br>Thomas.Fullerton@akerman.com |
| | *Attorneys for Defendants Tyler Long and Wesley Cunha* |

*J*amey R. Campellone
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.6296
Email: jamey.campellone@gmlaw.com
Email: gabby.mangar@gmlaw.com

*Attorneys for Defendant, Adroit Health Group, LLC*

## UNOPPOSED MOTION
## TO ADJOURN AND RESCHEDULE HEARING

**NOW COMES** Plaintiff, by and through undersigned counsel, and respectfully requests that this Honorable Court adjourn and reschedule the hearing on the Motion to Expedite (#26) currently scheduled for September 16, 2024, at 1:30 PM (#36). In support of this motion, Plaintiff states the following:

**Scheduled Hearing:** The hearing on Plaintiff's Motion to Expedite is presently scheduled for September 16, 2024, at 1:30 PM before Magistrate Judge Phillip J. Green in the 499 Federal Building, Grand Rapids, Michigan.

**Conflicting Obligation**:

**Counsel for the Plaintiff** is scheduled to mediate *Pro Se* Prisoner Civil Rights Litigation Early Mediation case on September 16, 2024, from 1:15 PM to 4:30 PM *Pro Bono*. For this honorable court. These mediation cases require coordination with the Michigan Department of Corrections and the Michigan Attorney General's Office. This order was issued by Magistrate Judge Phillip J. Green on August 13, 2024.

**Proposed Alternative Date:** Counsel for Plaintiff has conferred with the chambers of Magistrate Judge Phillip J. Green and opposing counsel. All parties and counsel have confirmed their availability for **Thursday, September 26, 2024, at 10:00 AM.**

**No Prejudice:** The requested adjournment will not prejudice either party and is sought in good faith to accommodate the mediation and ensure full participation in the hearing by all counsel.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court adjourn and reschedule the hearing on Plaintiff's Motion to Expedite (#26) to September 26, 2024, at 10:00 AM or another date convenient for the Court.

Respectfully submitted

Dated: September 12, 2024,      Respectfully submitted,
By:   /s/ Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation PLLC
5208 W. Saginaw Hwy., 81142
Lansing, MI 48917
Email: jsgoodrich@lighthouse-litigation.com
269.312.7435

*Attorneys for Plaintiff, Loren J. Owens*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12st day of September 2024, a copy of the foregoing *UNOPPOSED MOTION TO ADJOURN AND RESCHEDULE HEARING* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By:   /s/ Joshua S. Goodrich, J.D., LL.M.
JOSHUA S. GOODRICH, J.D., LL.M.