UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LOREN OWENS,**

      Plaintiff,   Case No. 1:24-CV-00547

Hon. Jane M. Beckering

v

**DOES 1-133**,

### ADJOURNMENT
### AND
### NOTICE OF HEARING

At the request of the parties; it is hereby ordered, the Hearing Set the Motion to Expedite - [#26](#26)

set for Monday, September 16, 2024 ([#36](#36)), be adjourned and rescheduled.

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Expedite - #26 |
| Date/Time: | September 26, 2024 10:00 AM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, Michigan |

**Dated:**_____   **By**_____
                                                                                      **Phillip J. Green**
                                                                                      **United States Magistrate Judge**