UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LOREN OWENS,

 Plaintiff,         Hon. Jane M. Beckering

v.              Case No. 1:24-cv-00547-JMB-PJG

ADROIT HEALTH GROUP, LLC, et al.,

 Defendants,

_____/

## ORDER

This matter is before the Court on Plaintiff's unopposed motion to adjourn and reschedule the motion hearing. (ECF No. 37). The Court being fully advised in the premises, the motion is **GRANTED**.

 **IT IS SO ORDERED**.


Date: September 16, 2024      /s/ Phillip J. Green
                PHILLIP J. GREEN
                United States Magistrate Judge