UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

CASE NO.: 1-24-cv-00547-JMB-PJG

LOREN OWENS,

    Plaintiff,

v.

ADROIT HEALTH GROUP, LLC, *et.al.,*

    Defendant.
_____/

## DEFENDANT AMERICAN BUSINESS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

Defendant American Business Association ("ABA"), by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order to File Corporate Disclosure Statement [D.E. 34], discloses the following:

    1.    ABA discloses that it is a non-governmental corporate entity that does not have a parent corporation and no publicly held corporation owns 10% or more of stock in ABA.

A supplemental disclosure statement(s) will be filed upon any change in the information provided herein

    Dated: September **18**, 2024.    Respectfully submitted,

    By:   */s/ Jamey R. Campellone*
        JAMEY R. CAMPELLONE
        Fla. Bar No. 119861
        Email: jamey.campellone@gmlaw.com
        Email: gabby.mangar@gmlaw.com
        **GREENSPOON MARDER LLP**
        200 East Broward Blvd., Suite 1800
        Fort Lauderdale, Florida 33301
        Tel: (954) 527-6296/ Fax: (954) 333-4296

        *Attorneys for Defendant, American Business Association*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **18th** day of September 2024, a copy of the foregoing Defendant's Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Jamey R. Campellone*
JAMEY R. CAMPELLONE