UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

        Plaintiff,                            Case No. 1:24–cv–00547–JMB–PJG

v.                                      Hon. Jane M. Beckering

ADROIT HEALTH GROUP, LLC, et al.,

        Defendants.
_____/

## **ORDER**

      In accordance with the discussions held on the record today, counsel is to file a proposed order regarding ECF No. 26 with the proposed subpoena attached no later than 5 days from today.

      IT IS SO ORDERED.

Dated:  September 25, 2024                        /s/ Phillip J. Green
                                                           PHILLIP J. GREEN
                                                            U.S. Magistrate Judge