# Exhibit C

**Owens v Adroit et. al.**  1:24−cv−00547−JMB−PJG
List of unique Phone numbers
From Calls dated March 21-23, 2024
To Plaintiff Phone number XXX-XXX-5526

|  | Unique Call # |  | Unique Call # |  | Unique Call # |
|---|---|---|---|---|---|
| 1 | **269.201.8394** | 21 | **269.242.2897** | 41 | **269-386-9858** |
| 2 | **269.201.8395** | 22 | **269.242.2943** | | |
| 3 | **269.201.8402** | 23 | **269.242.2959** | | |
| 4 | **269.201.8437** | 24 | **269.242.2962** | | |
| 5 | **269.210.7708** | 25 | **269.242.2963** | | |
| 6 | **269.228.9646** | 26 | **269.242.2964** | | |
| 7 | **269.228.9648** | 27 | **269.242.2965** | | |
| 8 | **269.228.9649** | 28 | **269.242.2966** | | |
| 9 | **269.228.9650** | 29 | **269.253.3396** | | |
| 10 | **269.228.9661** | 30 | **269.253.3397** | | |
| 11 | **269.230.4620** | 31 | **269.253.3398** | | |
| 12 | **269.233.0615** | 32 | **269.253.3401** | | |
| 13 | **269.242.2870** | 33 | **269.253.3402** | | |
| 14 | **269.242.2871** | 34 | **269.253.3406** | | |
| 15 | **269.242.2877** | 35 | **269.253.3407** | | |
| 16 | **269.242.2878** | 36 | **269.253.3413** | | |
| 17 | **269.242.2884** | 37 | **269.253.3414** | | |
| 18 | **269.242.2886** | 38 | **269.386.9858** | | |
| 19 | **269.242.2890** | 39 | **269.520.7646** | | |
| 20 | **269.242.2896** | 40 | **269-230-4620** | | |