UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Loren Owens,

    Plaintiff,

v.

Adroit Health Group, LLC, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-0547

## ORDER

This matter is before the Court on Plaintiff's motion for early discovery. (ECF No. 26). The Court conducted a hearing on September 25, 2024, during which it directed the parties regarding the filing of a proposed order with an attached subpoena. (Minutes, ECF No. 43). Instead, the parties filed, as indicated on the docket, "responses" with competing proposed orders. (ECF No. 45, 46). The Court's direction was quite clear, and it can discern no reason why counsel would be unable to comply. Accordingly,

**IT IS ORDERED** that the parties shall, within fourteen days of the date of this Order, file a proposed order consistent with the directions of the Court during the September 25 hearing. Failure to comply with this Order may result in an order requiring counsel to show cause why they should not be held in contempt or otherwise sanctioned for violation of this Order. Costs may be awarded against a uncooperative party.

**IT IS SO ORDERED**.

Date: October 25, 2024 /s/ Phillip J. Green  
PHILLIP J. GREEN  
United States Magistrate Judge