# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:24-cv-00547-JMB | 12/4/2024 | 1:33 - 1:43 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Owens v. Adroit Health Group LLC et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Joshua Scott Goodrich | Plaintiff |
| Meagan C. Nicholson | Defendants |
| Janet L. Ramsey | Defendants Tyler Long and Wesley Cunha |

## PROCEEDINGS

**NATURE OF HEARING:**

Motion Hearing held regarding ECF Nos. 62 and 67; orders to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema