UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN OWENS,

    Plaintiff,

v.

ADROIT HEALTH GROUP, LLC
d/b/a Strata Health Group
d/b/a Adroit Insurance Solutions LLC, et al.,

    Defendants.
_____/

Case No. 1:24-cv-547

HON. JANE M. BECKERING

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 9), the deadline for Plaintiff to effect service upon Defendant Unknown Parties (named as Does 1-133) having been extended twice (*see* ECF Nos. 23 & 69), and Plaintiff having failed to effect service by the deadline:

NOW THEREFORE, this matter as to Defendant Unknown Parties (named as Does 1-133) is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: March 12, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge